ACCEPTED
14-14-01010-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 10:49:46 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-01010-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/11/2015 10:49:46 AM

CHRISTOPHER A. PRINE
Clerk

──────◆──────

## No. 1448705

In the 189th Judicial District Court
Of Harris County, Texas

──────◆──────

**EX PARTE ANTONIO McGUIRE,** *Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

──────◆──────

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────◆──────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with two felony offenses, tampering with evidence and possession of a controlled substance. The indictment included enhancement paragraphs alleging appellant had been twice previously convicted of aggravated assault. After a hearing, the trial court denied appellant's writ of habeas corpus requesting a reduction in bail. Appellant filed notice of appeal.

2. The State's brief is due March 11, 2015. The State hereby requests an extension for the filing of the State's brief until April 11, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The State has been working on and has filed the following briefs in the last thirty days.

Ronald Robinson v. The State of Texas
1-14-006560-CR
State's Brief filed February 11, 2014

Artivious Deon Hollins v. The State of Texas
No. 1-14-00744-CR
State's Brief filed March 4, 2015

Allison Leigh Campbell
No. 1-14-00807-CR
State's Brief filed March 11, 2015

Furthermore, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

Kanivious Dorsey
1-14-00685-CR
State's Brief due March 13, 2015

Phaoc Le Hung
14-14-00043-CR
State's Brief due March 27, 2015

Christopher Jackson
14-14-00472-CR
State's Brief due March 27, 2015

4. This is the State's first request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:


Randall J. Ayers
Attorney at Law
P.O. Box 1569
Houston, Texas 77251
rjayerslaw@comcast.net


/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826


Date: March 11, 2015